

# THE THIRTEENTH COURT OF APPEALS

---

13-16-00596-CR

---

Richard Hyland
v.
The State of Texas

---

On Appeal from the
319th District Court of Nueces County, Texas
Trial Cause No. 14-CR-3456-G

---

## JUDGMENT

The Court's judgment issued on October 31, 2019, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

November 21, 2019